AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Chas Beaman,

Plaintiff

v.

Mountain America Federal Credit Union,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:19-cv-53

IT IS ORDERED AND ADJUDGED

That Plaintiff's action against Defendant is dismissed without prejudice for lack of subject matter jurisdiction.

June 9, 2020

*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge